CLOSED, STAY

# U.S. District Court [LIVE]
# Eastern District of TEXAS LIVE (Tyler)
# CIVIL DOCKET FOR CASE #: 6:07-cv-00436-MHS
# Internal Use Only

Perkins et al v. CR Bard, Inc et al
Assigned to: Judge Michael H. Schneider
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 09/14/2007
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Robyn Perkins** represented by **Linda Turley**
Attorney at Law
6440 N Central Expressway
1000 Turley Law Center
Dallas, TX 75206
214/691-4025
Fax: 214/361-5802
Email: lindat@wturley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danny Perkins** represented by **Linda Turley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CR Bard, Inc** represented by **D Mitchell McFarland**
Harrison Bettis Staff McFarland & Weems

500 Dallas St
Suite 2600
Houston, TX 77002
713/655-7511
Fax: 17136557526
Email:
mitch.mcfarland@harrisonbettis.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2007 | | Interdistrict transfer to the US District Court for the District of Rhode Island. (MDL 1842) (mll, ) (Entered: 10/31/2007) |
| 10/29/2007 | 8 | CONDITIONAL TRANSFER ORDER transferring this case to MDL 1842 In Re: Kugel Mesh Hernia Patch Products Liability Litigation (CTO-5) (mll, ) (Entered: 10/31/2007) |
| 10/19/2007 | 7 | Received notification of pending transfer of this case to MDL 1842 -- In Re: Kugel Mesh Hernia Patch Products Liability Litigation. (mll, ) (Entered: 10/22/2007) |
| 10/11/2007 | 6 | ORDER granting 5 Motion to Stay pending transfer to the MDL docket. Signed by Judge Michael H. Schneider on 10/11/07. cc:attys 10-15-07 (mll, ) (Entered: 10/15/2007) |
| | | |

| | | |
|---|---|---|
| 10/09/2007 | 5 | MOTION to Stay *Of Proceedings Pending Transfer To Federal MDL* by CR Bard, Inc, Davol, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Text of Proposed Order Unopposed motion for stay of proceedings)(McFarland, D) (Entered: 10/09/2007) |
| 09/17/2007 | 4 | Magistrate Consent Form Mailed to Robyn Perkins, Danny Perkins (mll, ) (Entered: 09/17/2007) |
| 09/14/2007 | 3 | E-GOV SEALED SUMMONS Issued as to CR Bard, Inc, Davol, Inc. (mll, ) (Entered: 09/17/2007) |
| 09/14/2007 | 2 | NOTICE OF CASE ASSIGNMENT. cc:pltf 9-17-07 (mll, ) (Entered: 09/17/2007) |
| 09/14/2007 | | Filing fee: $ 350.00, receipt number 6-1-11025 (mll, ) (Entered: 09/17/2007) |
| 09/14/2007 | 1 | COMPLAINT against CR Bard, Inc, Davol, Inc , filed by Robyn Perkins, Danny Perkins. (Attachments: # 1 Civil Cover Sheet)(mll, ) (Entered: 09/17/2007) |